Certificate Number: 17082-PAM-DE-036857232

Bankruptcy Case Number: 22-01573


17082-PAM-DE-036857232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2022</u>, at <u>9:06</u> o'clock <u>AM MST</u>, <u>LEONARD M BE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 26, 2022</u>        By: <u>/s/Orsolya K Lazar</u>

                                                  Name: <u>Orsolya K Lazar</u>

                                                  Title: <u>Executive Director</u>