United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Leonard Michael Be  
    Debtor

Case No. 22-01573-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 26, 2022      Form ID: ntcnfhrg      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Michael Be, 57 Parnell Street, Pittston Township, PA 18640-3314 |
| 5491492 | + | Attorney Michael Ratchford, 54 Glenmaura National Blvd, Suite 104, Moosic PA 18507-2161 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 26 2022 18:42:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491493 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2022 18:34:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 5491494 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2022 18:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5491495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 18:42:21 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5494392 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 18:42:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5492573 | + | Email/Text: bankruptcy@cavps.com | Sep 26 2022 18:34:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5491496 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2022 18:42:17 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5491497 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:14 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5492466 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 18:42:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5494162 | | Email/PDF: cbp@onemainfinancial.com | Sep 26 2022 18:42:17 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5491498 | + | Email/PDF: cbp@onemainfinancial.com | Sep 26 2022 18:42:14 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5494887 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2022 18:34:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5491499 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 18:42:21 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5491500 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 18:42:13 | SYNCB/SAMS, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5491712 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 18:42:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Sep 26, 2022 | Form ID: ntcnfhrg | Total Noticed: 17 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Leonard Michael Be johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re:<br><br>Leonard Michael Be,<br><br>**Debtor 1** | Chapter    13<br><br>Case No.    5:22−bk−01573−MJC |

<div align="center">**Notice**</div>

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 8, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2022 |

ntcnfhrg (08/21)